UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                             Case No. 3:24-cr-52

vs.

MICHAEL LEE REESE,                 District Judge Michael J. Newman

      Defendant.

_____

**ORDER: (1) GRANTING DEFENDANT'S MOTION TO FILE SUBPOENAS (Doc. No. 21); AND (2) INSTRUCTING THE CLERK OF COURT TO FILE THE SUBPOENAS ATTACHED TO DEFENDANT'S MOTION (Doc. No. 21)**

_____

      This case is before the Court upon Defendant's unopposed motion to file subpoenas.  Doc. No. 21.  For good cause shown, Defendant's motion is **GRANTED**.  The Clerk of Court is **INSTRUCTED** to file the subpoenas attached to Defendant's motion.  Doc. No. 21.

      **IT IS SO ORDERED.**

October 8, 2024                       s/*Michael J. Newman*
                                       Hon. Michael J. Newman
                                       United States District Judge