UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                               Case No. 3:24-cr-52

vs.

MICHAEL LEE REESE,             District Judge Michael J. Newman

    Defendant.

_____

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO UNSEAL (Doc. No. 16); AND (2) DIRECTING THE CLERK OF COURT TO UNSEAL THE INDICTMENT (Doc. No. 12) AND ALL SUBSEQUENT AND FORTHCOMING FILINGS IN THE ABOVE-CAPTIONED CASE**
_____

       The Court **GRANTS** the Government's motion to unseal the Indictment (Doc. No. 16) and **DIRECTS** the Clerk of Court to unseal the Indictment (Doc. No. 12) and all subsequent and forthcoming filings in in this case.  This Order does not preclude a party, in the future, from seeking leave of Court to file a document under seal.

       **IT IS SO ORDERED.**

<u> October 29, 2024 </u>                                                                   s/*Michael J. Newman*
                                                                                                 Hon. Michael J. Newman
                                                                                                 United States District Judge