UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:24-cr-52

vs.

MICHAEL LEE REESE,                      District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) SETTING A HEARING ON DEFENDANT'S MOTION TO SUPPRESS (Doc. No. 29) FOR MARCH 14, 2025 AT 9:00 A.M.; AND (2) SETTING A DEADLINE FOR FEBRUARY 21, 2025 BY WHICH COUNSEL MAY FILE A MOTION TO CONTINUE THIS HEARING AND PROVIDE AT LEAST TWO ALTERNATIVE PROPOSED DATES AND TIMES THEY WILL BE AVAILABLE FOR THE SUPPRESSION HEARING**

---

    Defendant's Motion to suppress (Doc. No. 29) is hereby **SET** for a hearing on March 14, 2025 at 9:00 a.m. in Courtroom 4, Walter H. Rice Federal Building and United States Courthouse in Dayton, Ohio. The Court has three hours available for the suppression hearing and, consequently, the hearing will conclude by 12:00 p.m.  If counsel anticipates needing more than three hours for the suppression hearing, counsel shall **FILE**, by February 21, 2025, a motion to continue the hearing along with an estimate of how much total time they will need for the hearing.

    Additionally, if counsel for either party is not available on the date and time set by this Order, they shall meet and confer to select at least two dates and times on which they will be available for the suppression hearing.  Counsel will then **FILE**, by February 21, 2025, a motion to continue and provide the Court with at least two proposed alternative dates and times they will be available for the hearing.

    **IT IS SO ORDERED.**

    February 4, 2025                                                 s/*Michael J. Newman*
                                                                 Hon. Michael J. Newman
                                                                  United States District Judge