UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                             Case No. 3:24-cr-52

vs.

MICHAEL LEE REESE,                   District Judge Michael J. Newman

    Defendant.

---

**ORDER SETTING SUPPLEMENTAL BRIEFING DEADLINE FOR MARCH 21, 2025**

---

On March 14, 2025, the Court held an evidentiary hearing on Defendant's motion to suppress (Doc. No. 29) in this felony criminal matter. For the reasons more fully explained on the record, the motion is taken under submission. In the event counsel want to file supplemental briefing on Defendant's motion, such briefing, if any, shall be filed **on or before Friday, March 21, 2025**.

    **IT IS SO ORDERED.**

   March 14, 2025                                    s/Michael J. Newman
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge