UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                      Case No. 3:24-cr-52

vs.

MICHAEL LEE REESE,                  District Judge Michael J. Newman

    Defendant.

**ORDER SETTING SUPPLEMENTAL BRIEFING DEADLINE FOR APRIL 1, 2025**

On March 14, 2025, the Court held an evidentiary hearing on Defendant's motion to suppress (Doc. No. 29) in this felony criminal matter. Following the hearing, the Government filed a supplemental brief. Doc. No. 37. In the event defense counsel wants to file a supplemental responsive brief, such brief, if any, shall be filed **on or before Tuesday, April 1, 2025**.

**IT IS SO ORDERED.**

  March 27, 2025                                  s/Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge