UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                     Case No. 3:24-cr-52

vs.

MICHAEL LEE REESE,                      District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE GOVERNMENT'S UNOPPOSED ORAL MOTION TO CONTINUE THE TRIAL DATE; (2) EXCLUDING THE TIME FROM APRIL 30, 2025 UNTIL AUGUST 18, 2025 FROM THE SPEEDY TRIAL ACT CALCULATION; (3) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS SEPTEMBER 9, 2025; (4) SETTING TRIAL FOR AUGUST 18, 2025 AT 9:30 A.M. IN COURTROOM 4; AND (5) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY JULY 21, 2025**

---

On May 7, 2025, the Court held a telephone status conference with the parties for the purpose of setting a trial calendar. AUSAs Elizabeth L. McCormick and Dwight K. Keller appeared on behalf of the Government; attorneys Christopher M. Fogt and John C. Cunningham appeared on behalf of Defendant Michael Lee Reese. During the status conference, the Government made an unopposed oral motion to continue the trial date. Defendant's counsel consented to the continuance on behalf of their client. For good cause shown and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the requested extension.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial. Failure to continue would deny both the Government and Defendant the time necessary for effective trial

preparation and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from April 30, 2025 until August 18, 2025 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the Government must bring Defendant to trial. Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **September 9, 2025**.[1] The Court hereby **SCHEDULES** trial for **August 18, 2025 at 9:30 A.M. in Courtroom 4**. The Court **REQUIRES** the parties to file a joint status report by **July 21, 2025.**

**IT IS SO ORDERED.**

May 8, 2025                                       s/*Michael J. Newman*
                                                  Hon. Michael J. Newman
                                                  United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.