UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                          Case No. 3:24-cr-52

vs.

MICHAEL LEE REESE,                      District Judge Michael J. Newman

    Defendant.

**AMENDED ORDER: (1) GRANTING THE GOVERNMENT'S MOTION FOR A STATUS CONFERENCE TO SET A TRIAL DATE (Doc. No. 40); (2) EXCLUDING THE TIME FROM APRIL 30, 2025 UNTIL AUGUST 18, 2025 FROM THE SPEEDY TRIAL ACT CALCULATION; (3) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS SEPTEMBER 9, 2025; (4) SETTING TRIAL FOR AUGUST 18, 2025 AT 9:30 A.M. IN COURTROOM 4; AND (5) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY JULY 21, 2025**

Upon the Government's motion for a status conference to set a trial date (Doc. No. 40), the Court held, on May 7, 2025, a telephone status conference with the parties for the purpose of setting a trial calendar. AUSAs Elizabeth L. McCormick and Dwight K. Keller appeared on behalf of the Government; attorneys Christopher M. Fogt and John C. Cunningham appeared on behalf of Defendant Michael Lee Reese. During the status conference, the AUSA reported that twenty-two days remain on the speedy trial clock, and Defendant's counsel indicated he had no objection to continuing this case and setting the trial date in August.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, and in light of Defendant's agreement to continue the case until a trial date to be set in August, the ends of justice are served by granting a continuance and such continuance outweighs the best interest of the public and Defendant in a speedy trial. Failure to

continue would deny Defendant the time necessary for effective trial preparation, avoids any possible miscarriage of justice, and promotes the ability of counsel to explore all available means of resolving this case.  *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from April 30, 2025 until August 18, 2025 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the Government must bring Defendant to trial.  Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **September 9, 2025**.[1]  The Court hereby **SCHEDULES** trial for **August 18, 2025 at 9:30 A.M. in Courtroom 4**.  The Court **REQUIRES** the parties to file a joint status report by **July 21, 2025.**

**IT IS SO ORDERED.**

May 12, 2025                                        s/*Michael J. Newman*
                                                             Hon. Michael J. Newman
                                                             United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.