UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 3:24-cr-52

vs.

MICHAEL LEE REESE,                  District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE GOVERNMENT'S MOTION FOR A *LAFLER* HEARING (Doc. No. 46); (2) SETTING A *LAFLER* HEARING ON AUGUST 1, 2025 AT 8:30 A.M.; (3) SETTING A FINAL PRETRIAL CONFERENCE ON AUGUST 6, 2025 AT 4:00 P.M.; (4) REQUIRING THE PARTIES TO FILE A JOINT PROPOSED FINAL PRETRIAL ORDER ON OR BEFORE AUGUST 5, 2025; AND (5) CONFIRMING THAT TRIAL REMAINS SET FOR AUGUST 18, 2025**

---

       This criminal case is before the Court upon the Government's motion for a *Lafler* hearing. Doc. No. 46.  On July 29, 2025, the Court held a telephone status conference with the parties for the purpose of discussing the trial calendar and setting a *Lafler* hearing date.  AUSAs Amy Smith and Elizabeth McCormick appeared on behalf of the Government and attorneys Christopher Fogt and John Cunningham appeared on behalf of Defendant.  For the reasons discussed during the July 29, 2025 status conference and for good cause shown, the Court **GRANTS** the motion.

       Accordingly, the Court **SETS** a *Lafler* hearing on **August 1, 2025 at 8:30 A.M. in Courtroom 4.**  The Court also **SETS** a final pretrial conference on **August 6, 2025 at 4:00 P.M. in Courtroom 4.**  The parties are **REQUIRED** to file a joint proposed final pretrial order **on or**

**before August 5, 2025**.  Trial remains set for August 18, 2025.  The Court has reserved one week on its calendar for the trial of this case.[1]

       **IT IS SO ORDERED.**

July 31, 2025                                            s/*Michael J. Newman*
                                                                  Hon. Michael J. Newman
                                                                  United States District Judge

---

[1] The Court will make every effort to keep its calendar free of other matters during this one-week period, although unpredictable emergencies, such as the filing of a motion for a temporary restraining order, can interfere with the trial schedule.